IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOW PAUL LUERAS,

    Petitioner,                        No. CIV S-05-1857 DFL KJM P

    vs.

    Respondent(s).               ORDER

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the application to proceed in forma pauperis by a prisoner used by this district.

DATED: October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
luer1857.101a