1

2

3

4

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9  LOW PAUL LUERAS,

10          Petitioner,              No. CIV-S-05-1857 DFL KJM P

11      vs.

12  ATTORNEY GENERAL OF THE STATE
   OF CALIFORNIA,

13          Respondent.              ORDER

14  _____/

15          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

16  corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

17          Examination of the affidavit reveals petitioner is unable to afford the costs of this

18  action.  Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).

19          Petitioner has submitted his petition for writ of habeas corpus on the forum issued

20  to prisoners by this court.  However, petitioner has not filled out the form completely; in

21  particular he has not completed section 10 and 11.  Petitioner's habeas petition thus will be

22  dismissed.  The court will direct the Clerk of the Court to send petitioner a second form-habeas

23  petition and petitioner will be given leave to complete it.  An amended petition form will

24  completely supersede the original petition filed, and therefore must contain all information

25  related to petitioner's case.  Petitioner's failure to submit a completed habeas petition within

26  thirty days will result in a recommendation that this action be dismissed without prejudice.

1

1    Petitioner has requested the appointment of counsel.  There currently exists no

2    absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d

3    453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

4    any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

5    § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

6    served by the appointment of counsel at the present time.

7    In accordance with the above, IT IS HEREBY ORDERED that:

8    1.  Petitioner's request to proceed in forma pauperis is granted.

9    2.  Petitioner's application for writ of habeas corpus is dismissed with leave to

10    amend within thirty days from the date of this order.

11    3.  The Clerk of the Court is directed to send petitioner the form for habeas corpus

12    application used by this court.

13    4.  Petitioner's amended petition must be filed on the form employed by this court

14    and must state all claims and prayers for relief on the form.  Petitioner must fill out the amended

15    form completely, the form must bear the case number assigned to this action and must bear the

16    title "Amended Petition."

17    5.  Petitioner's September 28, 2005 request for the appointment of counsel is

18    denied.

19    DATED:  November 30, 2005.

20

21

22    UNITED STATES MAGISTRATE JUDGE

23

24

25    1
     luer1857.115

26