IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOW PAUL LUERAS,

      Petitioner,                       No. CIV S-05-1857 RRB KJM P

    vs.

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA,

      Respondent.                       <u>ORDER</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 18, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1    1. The findings and recommendations filed October 18, 2006, are adopted in full; and

2. Petitioner's amended petition for a writ of habeas corpus is dismissed for failure to exhaust state remedies.

ENTERED this 25th day of June, 2007.

                S/RALPH R. BEISTLINE
                UNITED STATES DISTRICT JUDGE